B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Northern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Belcher, Stephen Douglas** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Goodman, Betty Jane** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6925** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2959** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3003 97th Place, Apt. 1B**<br>**Highland, IN**<br>ZIP Code **46322** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3003 97th Place, Apt. 1B**<br>**Highland, IN**<br>ZIP Code **46322** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Belcher, Stephen Douglas** <br> **Goodman, Betty Jane** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **Hammond, Indiana** | Case Number: <br> **13-22712-jpk** | Date Filed: <br> **7/29/13** |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ RICARDO B. CASAS (Atty. ID No.    May  1, 2014** <br> Signature of Attorney for Debtor(s)          (Date) <br> **RICARDO B. CASAS (Atty. ID No. 3154-45)** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)** | Page 3

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Belcher, Stephen Douglas**<br>**Goodman, Betty Jane** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Stephen Douglas Belcher
Signature of Debtor **Stephen Douglas Belcher**

**X** /s/ Betty Jane Goodman
Signature of Joint Debtor **Betty Jane Goodman**

Telephone Number (If not represented by attorney)

**May  1, 2014**
Date

### Signature of Attorney*

**X** /s/ RICARDO B. CASAS (Atty. ID No.
Signature of Attorney for Debtor(s)

**RICARDO B. CASAS (Atty. ID No. 3154-45)**
Printed Name of Attorney for Debtor(s)

**RICARDO B. CASAS**
Firm Name

**6949 Kennedy Avenue**
**Hammond, IN 46323**

Address

**219/845-1122  Fax: 219/845-4422**
Telephone Number

**May  1, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Stephen Douglas Belcher**
**Betty Jane Goodman**

Debtor(s)

Case No.

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9744; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Stephen Douglas Belcher**
                        **Stephen Douglas Belcher**

Date:    **May  1, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Indiana

In re   **Stephen Douglas Belcher**
      **Betty Jane Goodman** _____

                         Debtor(s)

Case No. _____
Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Betty Jane Goodman**

**Betty Jane Goodman**

Date:  **May  1, 2014**

**United States Bankruptcy Court**
**Northern District of Indiana**

In re  **Stephen Douglas Belcher**
       **Betty Jane Goodman**                                    Case No.
                                           Debtor(s)             Chapter        **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **May  1, 2014**                    **/s/ Stephen Douglas Belcher**
                                           **Stephen Douglas Belcher**
                                           Signature of Debtor

Date:  **May  1, 2014**                    **/s/ Betty Jane Goodman**
                                           **Betty Jane Goodman**
                                           Signature of Debtor

.

AARONS SALES AND LEASE
6071 BROADWAY
MERRILLVILLE, IN 46410


ABERDEEN VENTURES LTD
C/O LUCAS HOLCOMB & MEDREA LLP
P.O. BOX 10626
ACCOUNT NO. XXXX6135
MERRILLVILLE, IN 46411


AMERICAN SALES CORP.
C/O HARVARD COLLECTION SERVICES, INC.
4839 N. ELSTON AVENUE
ACCOUNT NO. XXXX5161
CHICAGO, IL 60630


ANDREW V. GIORGI
2115 WEST LINCOLN HIGHWAY
ACCOUNT NO. XXXX3903
MERRILLVILLE, IN 46410


BANK CALUMET
5231 HOHMAN AVENUE
HAMMOND, IN 46320


CALUMET JEWELERS, INC.
C/O ROBERT L. MEINZER, JR.
9190 WICKER AVENUE
P.O. BOX 111
SAINT JOHN, IN 46373


CAMERON S. KRAUSE
C/O THUNDERBOLT INVESTMENTS, LLC
9261 N. 950 W.
ACCOUNT NO. XXXX2159
DEMOTTE, IN 46310


CAPITAL ONE/CARSONS
P.O. BOX 30253
ACCOUNT NO.
SALT LAKE CITY, UT 84130-0253

```
CAVALRY SPV I, LLC/HSBC BANK NEVADA, N.A
C/O CAVALRY PORTFOLIO SERVICES
500 SUMMIT LAKE DRIVE, SUITE 400
ACCOUNT NO. XXXX3896
VALHALLA, NY 10595


CCSI
P.O. BOX 10428
ACCOUNT NO. 186559
MERRILLVILLE, IN 46411-0428


CITI STUDENT FINANCIAL
P.O. BOX 95
ACCOUNT NO. XXXX5921
SIOUX FALLS, SD 57117


CITI STUDENT FINANCIAL
P.O. BOX 95
ACCOUNT NO. XXXX5920
SIOUX FALLS, SD 57117


CITIZENS FINANICAL BANK
C/O CHEXSYSTEMS COLLECTION AGENCY, INC.
7805 HUDSON ROAD, #100
SAINT PAUL, MN 55125


CNAC/MI106
3692 AIRLINE ROAD
ACCOUNT NO. XXXX3577
MUSKEGON, MI 49444


COLLEGE OF DENTISTRY
C/O ILLINOIS COLLECTION SERVICE
P.O. BOX 1010
ACCOUNT NO. XXXX5878
TINLEY PARK, IL 60477
```

```
COMCAST
C/O CRD PRT ASSOC.
P.O. BOX 802068
ACCOUNT NO. XXXX9832
DALLAS, TX 75380


COMCAST
C/O STELLAR RECOVERY, INC.
1327 HIGHWAY 2 WES
ACCOUNT NO. XXXX9207
KALISPELL, MT 59901


COMCAST
C/O STELLAR RECOVERY, INC.
P.O. BOX 3002
SOUTHEASTERN, PA 19398


COMCAST CHICAGO SECONDS - 4000
C/O CREDIT MANAGEMENT
4200 INTERNATIONAL PARKWAY
ACCOUNT NO. XXXX7644
CARROLLTON, TX 75007


COMMUNITY CARE NETWORK INTERNISTS
C/O KOMYATTE & CASBON, P.C.
9650 GORDON DRIVE
ACCOUNT NO. XXXX3355
HIGHLAND, IN 46322


COMPUCRED
P.O. BOX 111100
ACCOUNT NO. XXXX3975
CINCINNATI, OH 45211


CPS SECURITY
ATTN: BANKRUPTCY
P.O. BOX 782408
SAN ANTONIO, TX 78278
```

CREDIT ONE BANK
P.O. BOX 98873
ACCOUNT NO. XXXX5077
LAS VEGAS, NV 89193


CREDIT ONE BANK/LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
P.O. BOX 10587
ACCOUNT NO. XXXX5077
GREENVILLE, SC 29603-0587


ECAST SETTLEMENT CORP./HSBC BANK NEVADA
C/O ECAST SETTLEMENT CORPORATION
P.O. BOX 35480
ACCOUNT NO. XXXX2446
NEWARK, NJ 07193-5480


EXPRESS/COMENITY BANK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 182686
ACCOUNT NO. XXXX6560
COLUMBUS, OH 43218


FASHION BUG/SOANB
P.O. BOX 84073
ACCOUNT NO. XXXX5549
COLUMBUS, GA 31908


FINGERHUT DIRECT MARKETING
C/O JEFFERSON CAPITAL SYSTEMS
16 MCLELAND ROAD
ACCOUNT NO. XXXX9003
SAINT CLOUD, MN 56303


FIRST PREMIER BANK/LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
P.O. BOX 10587
ACCOUNT NO. XXXX1373
GREENVILLE, SC 29603-0587

```
FOOD 4 LESS
C/O CREDITORS SERVICE OF INDIANA, INC.
10 CORONADO ROAD
INDIANAPOLIS, IN 46234


FRANCISAN ST. MARGARET HEALTH
5454 HOHMAN
HAMMOND, IN 46320


FRANCISCAN ALLIANCE, INC.
37521 EAGLE WAY
ACCOUNT NO. XXXX7-BHA
CHICAGO, IL 60678


FRANCISCAN ALLIANCE, INC.
37521 EAGLE WAY
ACCOUNT NO. XXXX3-BHA
CHICAGO, IL 60678


FRANCISCAN ST. MARAGRET HEALTH
2343 INTERSTATE PLAZA DRIVE, SUITE 2
HAMMOND, IN 46324


HAMMOND CLINIC
7905 CALUMET AVENUE
MUNSTER, IN 46321


HSBC BANK
7905 CALUMET AVENUE
MUNSTER, IN 46321


HSBC BANK
P.O. BOX 5253
ACCOUNT NO. XXXX3699
CAROL STREAM, IL 60197
```

HSBC BANK NEVADA
C/O CALVARY PORTFOLIO SERVICES
500 SUMMIT LAKE DRIVE, SUITE 400
ACCOUNT NO. XXXX3896
VALHALLA, NY 10595


IMAGING ASSOC. OF INDIANA PC
55 E. 86TH AVENUE, SUITE A
P.O. BOX 14369
ACCOUNT NO. XXXX7580
MERRILLVILLE, IN 46411


IMMEDIATE CARE CENTER
P.O. BOX 630514
CINCINNATI, OH 45263


INDIANA BELL TELEPHONE COMPANY, INC.
C/O AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-203
100 N. SENATE AVENUE
INDIANAPOLIS, IN 46204-2217


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


J.D. BYRIDER
6349 BROADWAY
MERRILLVILLE, IN 46410


JEFFERSON CAPITAL SYSTEMS/FINGERHUT DIR
C/O JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 7999
ACCOUNT NO. XXXX5133
SAINT CLOUD, MN 56302-9617

JEFFERY R. SARBIESKI, DDS LLC
964 WEST US HIGHWAY 30
SCHERERVILLE, IN 46375


JONATHAN O'HARA
1304 VALE PARK ROAD
VALPARAISO, IN 46383


KAPLAN COLLEGE - MERRILLVILLE
C/O FAME
6451 N. FEDERAL HIGHWAY, SUITE 501
FORT LAUDERDALE, FL 33308


KROGER CHECK RECOVERY CENTER
P.O. BOX 30650
ACCOUNT NO. XXXX2448
SALT LAKE CITY, UT 84130-0650


LAKE COUNTY PUBLIC LIBRARY
HIGHLAND BRANCH
2841 JEWETT AVENUE
HIGHLAND, IN 46322


LAKE IMAGING, LLC
C/O KOMYATTE & ASSOC.
9650 GORDON DRIVE
ACCOUNT NO. XXXX9420
HIGHLAND, IN 46322


LAKE IMAGING, LLC
55 EAST 86TH AVENUE, SUITE A
ACCOUNT NO. XXXX4804
MERRILLVILLE, IN 46410


LAKE IMAGING, LLC
C/O KOMYATTE & CASBON, P.C.
9650 GORDON DRIVE
ACCOUNT NO. XXX9618
HIGHLAND, IN 46322

LANE BRYANT/WFNNB
P.O. BOX 182685
ACCOUNT NO. XXXX6451
COLUMBUS, OH 43218


LVNV FUNDING
P.O. BOX 10497
GREENVILLE, SC 29603-0584


LVNV FUNDING
C/O WELTMAN, WEINBERG & REIS CO.
525 VINE STREET, SUITE 800
CINCINNATI, OH 45202


MEDICAL
C/O KOMYATTE & CASBON
9650 GORDON DRIVE
HIGHLAND, IN 46322


METABANK/FINGERHUT
6250 RIDGEWOOD ROAD
ACCOUNT NO. XXXX5133
SAINT CLOUD, MN 56303


METHODIST HOSPITAL CARDIOGRAPHICS LLC
55 EAST 86TH AVENUE, STE. A
P.O. BOX 10645
MERRILLVILLE, IN 46411


NORTHWEST EMERGENCY ASSOC. LLC
P.O. BOX 366
HINSDALE, IL 60522


NORTHWEST EMERGENCY ASSOC. LLC
C/O CREDITORS DISCOUNT & AUDIT CO.
414 E. MAIN STREET, P.O. BOX 213
STREATOR, IL 61364-0213

NORTHWEST EMERGENCY ASSOC. LLC
P.O. BOX 660306
INDIANAPOLIS, IN 46266-0306


NORTHWEST EMERGENCY ASSOC., LLC
C/O CDA/PONTIAC
P.O. BOX 213
ACCOUNT NO. XXXX2973
STREATOR, IL 61364


NW IND. RADIOLOGY SERVICES PC
55 EAST 86TH AVENUE - SUITE A
P.O. BOX 10634
ACCOUNT NO. XXXX8059
MERRILLVILLE, IN 46411


ONPOINT FINANCIAL CORP.
141 LONGWATER DRIVE, SUITE 102
ACCOUNT NO. XXXX1159
NORWELL, MA 02061


PATHOLOGY CONSULTANTS
P.O. BOX 30309
ACCOUNT NO. XXXX0-111
CHARLESTON, SC 29417-0309


REGIONAL MENTAL HEALTH CENTER
C/O GEMINUS CORPORATION
8400 LOUISIAN STREET
MERRILLVILLE, IN 46410-6353


RENT-A-CENTER, INC.
1650 US HIGHWAY 41
SCHERERVILLE, IN 46375


SAMS CLUB/GEMB
ATTN: BANKRUPTCY DEPT.
P.O. BOX 103104
ACCOUNT NO. XXXX2406
ROSWELL, GA 30076

```
ST. MARGARET HEALTH
C/O MIRAMED REVENUE GROUP
DEPT. 77304
P.O. BOX 77000
DETROIT, MI 48277


ST. MARGARET MERCY
C/O PELLETTIERI
991 OAK CREEK DRIVE
ACCOUNT NO. XXXX2932
LOMBARD, IL 60148


ST. MARGARET MERCY
C/O PELLETTIERI
991 OAK CREEK DRIVE
ACCOUNT NO. XXXX5168
LOMBARD, IL 60148


ST. MARGARET MERCY
C/O PELLETTIERI
991 OAK CREEK DRIVE
ACCOUNT NO. XXXX6894
LOMBARD, IL 60148


ST. MARGARET MERCY
35682 EAGLE WAY
CHICAGO, IL 60678


ST. MARGARET MERCY
C/O MIRAMED REVENUE GROUP
DEPT. 77304 P.O. BOX 77000
P.O. BOX 77000
DETROIT, MI 48277


ST. MARGARET MERCY ER PHYSICIAN
C/O PELLETTIERI
991 OAK CREEK DRIVE
ACCOUNT NO. XXXX2709
LOMBARD, IL 60148
```

```
ST. MARGARET MERCY ER PHYSICIAN
34591 EAGLE WAY
CHICAGO, IL 60678


SVT, INC. DBA STRACK & VAN TIL, VAN TILS
C/O JONATHAN R. O'HARA
1304 VALE PARK ROAD
VALPARAISO, IN 46383


SWERBS FINANCIAL INC. D/B/A CNAC
6349 BROADWAY AVENUE
MERRILLVILLE, IN 46410


T-MOBILE
C/O MIDLAND FUNDING
8875 AERO DRIVE
ACCOUNT NO. XXXX9385
SAN DIEGO, CA 92123


T-MOBILE
P.O. BOX 742596
CINCINNATI, OH 45274


T-MOBILE
C/O MIDLAND CREDIT MANAGEMENT
P.O. BOX 60578
LOS ANGELES, CA 90060


TCF NATIONAL BANK
800 BURR RIDGE PARKWAY
WILLOWBROOK, IL 60527


TCF NATIONAL BANK
C/O MILENNIUM CREDIT CONSULTANTS
P.O. BOX 18160
SAINT PAUL, MN 55118
```

```
THE METHODIST HOSPITALS
P.O. BOX 66525
INDIANAPOLIS, IN 46266


THE PHOENIX RECOVERY GROUP
2939 MOSSROCK, SUITE 220
SAN ANTONIO, TX 78230


THE PHOENIX RECOVERY GROUP
C/O THOMAS BURRIS
8605 BROADWAY
MERRILLVILLE, IN 46410


THURSDAY MORNING
C/O REVENUE COLLECT
P.O. BOX 2103
MECHANICSBURG, PA 17055


TMOBILE
C/O ENHANCED RECOVERY CORP.
8014 BAYBERRY RD.
ACCOUNT NO. XXXX3420
JACKSONVILLE, FL 32256


TUESDAY MORNING
1635 E. 80TH AVENUE
MERRILLVILLE, IN 46410


TUESDAY MORNING
C/O REVENUE COLLECT
P.O. BOX 2103
MECHANICSBURG, PA 17055


UNITY PHYSICIAN GROUP
C/O GLA COLLECT
2630 GLEESON LANE
ACCOUNT NO. XXXX1942
LOUISVILLE, KY 40299
```

```
UNIVERSITY OF ILLINOIS
P.O. BOX 12199
CHICAGO, IL 60612


UNIVERSITY OF ILLINOIS AT CHICAGO
801 S. PAULINA
M/C 621 - ROOM 303
CHICAGO, IL 60612


UNIVERSITY OF ILLINOIS AT CHICAGO
1900 STUDENT SERVICES BUILDING
1200 W. HARRISON STREET
ACCOUNT NO. XXXX3526
CHICAGO, IL 60607


UNIVERSITY OF ILLINOIS AT CHICAGO
3293 PAYSPHERE CIRCLE
CHICAGO, IL 60674


US DEPT. OF EDUCATION
501 BLEECKER STREET
ACCOUNT NO. XXXX1577
UTICA, NY 13501


US DEPT. OF EDUCATION/GLELSI
2401 INTERNATIONAL
ACCOUNT NO. XXXX1577
MADISON, WI 53704


WALMART STORES, INC.
C/O JONATHAN R. O'HARA
1304 VALE PARK ROAD
VALPARAISO, IN 46383


WOODFOREST NATIONAL BANK
P.O. BOX 7889
SPRING, TX 77387-7889
```